UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGEY LEONTIEV et al.,

                Plaintiffs,

      -v.-

UR JADDOU,

                Defendant.

24 Civ. 06543 (JHR)

ORDER OF REFERENCE TO A MAGISTRATE JUDGE

JENNIFER H. REARDEN, District Judge:

    This action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
All such motions: ____

☐ General Pretrial & Dispositive Motion (all purposes except trial)

☐ Specific Non-Dispositive Motion/Dispute: _____

☐ Settlement

☐ Habeas Corpus

☐ Social Security

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

SO ORDERED.

Dated: August 30, 2024
       New York, New York

                                   JENNIFER H. REARDEN
                                   United States District Judge