UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGEY LEONTIEV et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　-v.-<br><br>UR JADDOU,<br><br>　　　　　　　　　　Defendant. | 24 Civ. 06543 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On August 30, 2024, the Court directed the parties to confer as to whether they consent to proceeding before the designated Magistrate Judge, and to submit no later than September 13, 2024 either an executed consent form or a joint letter. ECF No. 9. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's August 30 Order forthwith, and in no event later than **September 18, 2024**.

　　　　SO ORDERED.

Dated: September 14, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER H. REARDEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge