

Mark Stevens
T (202) 552-2358
F (202) 772-0919
Email:mstevens@ClarkHill.com

October 3, 2024

Hon. Barbara Moses, U.S. Magistrate Judge
U.S. District Court
500 Pearl Street
New York, NY 10007-1312
Via: CM-ECF

> **MEMO ENDORSED**
>
> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 10/4/2024
>
> Application GRANTED. The initial conference, previously scheduled for October 22, 2024, is hereby ADJOURNED to **December 9, 2024, at 11:00 a.m.** The parties must file their joint pre-conference statement (*see* Dkt. 14) no later than **December 2, 2024**. SO ORDERED.
>
> **Barbara Moses**
> **United States Magistrate Judge**
> **October 4, 2024**

Re:   *Leontiev, et al. v. Jaddou*, No. 1:24-cv-06543-JHR-BCM

Dear Judge Moses:

    The parties jointly request adjournment of the initial case management conference to a date after December 6, 2024 that is convenient for the Court.  The conference is currently scheduled for October 22, 2024.  *See* ECF No. 14 at 1.  This is the first request by either party for an adjournment of the case management conference.

    This is an immigration delay lawsuit.  Such cases often settle without the defendant filing an answer.  Discussions have begun to see if this case is among the high percentage of cases that can be resolved without contested litigation.  The defendant's answer is due November 8, 2024.  To preserve space for the parties to resolve this matter without the Court's intervention, and to save the resources required for court appearances, the parties respectfully request an adjournment of the initial case management conference until after December 6, 2024.

    I thank the Court for its consideration of this letter.

                                    Sincerely,

                                      CLARK HILL

                                      */s/Mark Stevens*
                                      Mark Stevens
                                      Counsel for Plaintiffs

MS:ms