UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGEY LEONTIEV and SVETLANA KOMISSAROVA,

    Plaintiffs,

v.

UR JADDOU,

    Defendant.

No. 24 Civ. 6543 (JHR)

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

WHEREAS, plaintiffs Sergey Leontiev and Svetlana Komissarova filed this action on August 29, 2024, seeking an order compelling U.S. Citizenship and Immigration Services ("USCIS") to take action on their Applications to Register Permanent Residence or Adjust Status (Form I-485s); and

WHEREAS, USCIS has approved the Form I-485s; now, therefore

IT IS STIPULATED AND AGREED, by and between the parties, that this action is hereby dismissed with prejudice and without costs or fees to any party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
      November 4, 2024

CLARK HILL PLC

By:   /s/*Mark Stevens*
      MARK STEVENS, ESQ.
      1001 Pennsylvania Ave NW
      Suite 1300 South
      Washington, DC 20004
      Tel.: (202) 772-0909
      Email: mstevens@clarkhill.com
      *Attorney for Plaintiffs*

Dated: New York, New York
      October 22, 2024

DAMIAN WILLIAMS
United States Attorney

By:   _/s/_
      JOSEPH A. PANTOJA
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Tel.: (212) 637-2785
      E-mail: joseph.pantoja@usdoj.gov
      *Attorney for Defendant*

SO ORDERED.     DATED: November 4, 2024

_/s/ Jennifer H. Rearden_
HON. JENNIFER H. REARDEN
UNITED STATES DISTRICT JUDGE